■ Suffolk County Sheriff's Department et al., Respondents, v Sumitomo Marine and Fire Insurance Company of America, Appellant. [5 NYS3d 892]—In an action for a judgment declaring, inter alia, that the defendant is obligated to

defend and indemnify the plaintiffs in an underlying personal injury action entitled *Williams v Suffolk County Sheriff's Dept.*, pending in the Supreme Court, Suffolk County, under index No. 30751/03, the defendant appeals from so much of an order of the Supreme Court, Suffolk County (Mayer, J.), dated April 9, 2013, as granted the plaintiffs' cross motion for summary judgment to the extent of determining that the defendant is obligated to defend Island Elevator Corporation in the underlying action and to indemnify the plaintiffs and Island Elevator Corporation in the underlying action, and denied its cross motion for a declaration that it was not obligated to defend or indemnify Island Elevator Corporation or the plaintiffs in the underlying action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiffs satisfied their prima facie burden of demonstrating their entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]) as to the untimeliness of the defendant's disclaimers. In opposition, the defendant failed to raise a triable issue of fact (*see 474431 Assoc. v AXA Global Risks US Ins. Co.*, 18 AD3d 604 [2005]).

The defendant's remaining contentions are without merit. Skelos, J.P., Leventhal, Cohen and Duffy, JJ., concur. ■